# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHAD BACON, individually and on behalf of others similarly situated ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO: 1:20-cv-01924-ELR |
| LEXISNEXIS RISK SOLUTIONS, INC. ) ) | |
| Defendant. ) ) | |

## NOTICE OF APPEARANCE OF DONALD M. HOUSER

Donald M. Houser enters his appearance as counsel of record for Defendant LexisNexis Risk Solutions, Inc. ("LexisNexis") in the above-captioned matter.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted this 3rd day of June, 2020.

>*/s/ Donald M. Houser*
>Donald M. Houser
>Georgia Bar No. 157238
>ALSTON & BIRD LLP
>One Atlantic Center
>1201 West Peachtree Street
>Atlanta, GA 30309
>Phone: (404) 881-7000
>Fax: (404) 881-7777
>donald.houser@alston.com
>
>*Counsel for LexisNexis Risk Solutions, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ Donald M. Houser*
Donald M. Houser
Georgia Bar No. 157238
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
donald.houser@alston.com

*Counsel for LexisNexis Risk Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 3rd day of June, 2020.

*/s/ Donald M. Houser*
Donald M. Houser
Georgia Bar No. 157238
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
donald.houser@alston.com

*Counsel for LexisNexis Risk Solutions, Inc.*