# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHAD BACON, individually and on behalf of others similarly situated )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEXISNEXIS RISK SOLUTIONS, INC. )<br>)<br>Defendant. )<br>) | CASE NO: 1:20-cv-01924-ELR |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Defendant LexisNexis Risk Solutions Inc. ("LNRS") files this Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff: Chad Bacon

    b. Defendant: LexisNexis Risk Solutions, Inc.

       i. LNRS is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LNRS is a wholly owned subsidiary of LexisNexis Risk Assets Inc. LexisNexis Risk Assets Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX US Holdings Inc. The ultimate parent of RELX US Holdings Inc. is RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    a. For Defendant: None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. For Plaintiff:

**Gary B. Andrews , Jr.**
Blake Andrews Law Firm, LLC
1831 Timothy Dr.
Atlanta, GA 30329
770-828-6225
Email: blake@blakeandrewslaw.com

**E. Michelle Drake**
**John G. Albanese**
Berger & Montague, P.C. -MN
Suite 505
43 SE Main Street
Minneapolis, MN 55414
612-594-5999
Email: emdrake@bm.net
Email: jalbanese@bm.net

**Micheal Shane Perry**
Collum & Perry
109 W. Statesville Avenue
Mooresville, NC 28115
704-663-4187
Email: shane@collumperry.com

b. For Defendant:

**Donald MacKaye Houser**
Alston & Bird, LLP - Atl
Suite 4900
1201 West Peachtree St.
Atlanta, GA 30309-3424
404-881-7000
Email: donald.houser@alston.com

**James F. McCabe**
**Bao-Ngan (Tina) V. Ngo**
Alston & Bird, LLP - SF

560 Mission Street
Suite 2100
San Francisco, CA 94105
415-243-1000
Email: jim.mccabe@alston.com
Email: tina.ngo@alston.com

Respectfully submitted this 10th day of June, 2020.

*/s/ James F. McCabe*
James F. McCabe *(admitted pro hac vice)*
Tina V. Ngo *(admitted pro hac vice)*
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
Phone: (415) 243-1000
jim.mccabe@alston.com
tina.ngo@alston.com

Donald M. Houser
Georgia Bar No. 157238
ALSTON & BIRD LLP
One Atlantic Center
Suite 4900
1201 West Peachtree Street
Atlanta, GA 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
donald.houser@alston.com

*Counsel for LexisNexis Risk Solutions, Inc.*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1D, I hereby certify that this document has been prepared in Times New Roman, 14-point font, one of the font and point selections approved by this Court in Local Rule 5.1C.

*/s/ James F. McCabe*
James F. McCabe *(admitted pro hac vice)*
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
Phone: (415) 243-1000
jim.mccabe@alston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

This 10th day of June, 2020.

*/s/ James F. McCabe*
James F. McCabe *(admitted pro hac vice)*
ALSTON & BIRD LLP
560 Mission Street
Suite 2100
San Francisco, CA 94105
Phone: (415) 243-1000
jim.mccabe@alston.com