IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWENDOLYN TEAL, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:21-CV-2367-JPB-JSA |
| BRILL, INC., | : |
| Defendant. | : |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Stay and Administratively Close Case Pending Arbitration [6] ("Motion"). The Motion [6] is hereby **GRANTED**.

This matter is **ADMINISTRATIVELY TERMINATED** without prejudice to the right, upon motion of either party, to reopen if arbitration is unsuccessful. The parties are **ORDERED** to report on the status of the arbitration within sixty days and then every sixty days thereafter, unless the case has been dismissed in the interim.

**IT IS SO ORDERED** this 29th day of September, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE